# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division



| | | |
|---|---|---|
| MARTIN MARIETTA MATERIALS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| UNDERGROUND UTILITY CONTRACTORS, INC., and STANLEY P. SMITH, | : | |
| Defendants. | : | NO. CV204-165 |

## O R D E R

Plaintiff, has brought the captioned action against Defendant, Underground Utility Contractors, Inc., alleging that said Defendant owes it the principal balance of $513,462.16, plus interest and reasonable attorneys' fees, for the supply of asphalt materials based on an open account and *quantum meruit* theories of recovery, and against Defendant, Sidney P. Smith, alleging that Smith also owes such amounts based on a guaranty agreement which Smith gave in favor of Plaintiff for all past and future debts for asphalt materials sold by

Plaintiff to Underground Utility Contractors, Inc. The parties desire to avoid further litigation and have reached agreement which is memorialized by this Consent Decree. This Consent Decree constitutes the final judgment binding all parties to this action.

**WHEREFORE, it is ORDERED**, adjudged, and decreed that:

1. Plaintiff shall recover of Defendant, both jointly and severally, the sum of $722,460.73, plus costs of this action and postjudgment interest.

2. The Court shall retain jurisdiction over this matter for the purpose of enforcement of the Order within.

**SO ORDERED**, this ___21___ day of February, 2006.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2